IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IRMA GARZA<br>Plaintiff, | §<br>§<br>§ | |
| Vs. | §<br>§ | CIVIL ACTION NO. 7:18-CV-00267 |
| THE CITY OF EDINBURG, TEXAS<br>RICHARD MOLINA, DAVID TORRES,<br>JORGE SALINAS and GILBERT<br>ENRIQUEZ | §<br>§<br>§<br>§ | |

**PLAINTIFF IRMA GARZA'S SECOND CORRECTED/AMENDED MOTION TO COMPEL DISCOVERY, REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF'S CORRECTED MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# EXHIBIT B

Myra Garza Deposition
(Excerpts)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IRMA GARZA )( | |
|    Plaintiff )( | |
| )( | |
| VS. )( | CIVIL ACTION NO. |
| )( | 7:18-cv-267 |
| THE CITY OF EDINBURG, )( | |
| TEXAS, RICHARD MOLINA, )( | |
| DAVID TORRES, JORGE )( | |
| SALINAS AND GILBERT )( | |
| ENRIQUEZ )( | |
|    Defendants )( | |

ORAL AND VIDEOTAPED DEPOSITION OF
MYRA GARZA
APRIL 24, 2019

    ORAL AND VIDEOTAPED DEPOSITION OF MYRA GARZA, produced as a witness at the instance of the PLAINTIFF, taken in the above styled and numbered cause on April 24, 2019, between the hours of 4:06 p.m. and 5:39 p.m., reported stenographically by JOHN W. FELLOWS, Certified Court Reporter No. 3335, in and for the State of Texas, at the offices of GUERRA, LEEDS, SABO & HERNANDEZ, PLLC, 10213 North 10th Street, McAllen, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record or attached therein.

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755       McAllen (956) 618-2366

88

```
         UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF TEXAS
              MCALLEN DIVISION
```

| | |
|---|---|
| IRMA GARZA | )( |
|   Plaintiff | )( |
| | )( |
| VS. | )(  CIVIL ACTION NO. |
| | )(  7:18-cv-267 |
| THE CITY OF EDINBURG, | )( |
| TEXAS, RICHARD MOLINA, | )( |
| DAVID TORRES, JORGE | )( |
| SALINAS AND GILBERT | )( |
| ENRIQUEZ | )( |
|   Defendants | )( |

```
            REPORTER'S CERTIFICATION
       ORAL AND VIDEOTAPED DEPOSITION OF
                  MYRA GARZA
                APRIL 24, 2019
```

     I, JOHN W. FELLOWS, Certified Court Reporter, certify that the witness, MYRA GARZA, was duly sworn by me, and that the transcript is a true and correct record of the testimony given by the witness on April 24, 2019; that the deposition was reported by me in stenograph and was subsequently transcribed under my supervision;

     Pursuant to Federal Rule 30(5)(e)(2), a review of the transcript was requested.

     I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

     WITNESS MY HAND on this the _____ day of _____, 2019.

     */s/ John W. Fellows*
     _____
     JOHN W. FELLOWS, Texas CSR 3335
     Expiration Date: 04-30-21
     Bryant & Stingley, Inc., CRN No. 512
     1305 East Nolana, Suite D
     McAllen, Texas  78504
     (956) 618-2366

| | | |
|---|---|---|
| 16:32 | 1 | A. Correct. |
| 16:32 | 2 | Q. About the potential terminations? |
| 16:32 | 3 | A. Correct. |
| 16:32 | 4 | Q. So that was different, would you say, than the |
| 16:32 | 5 | other two elections? |
| 16:32 | 6 | A. In that aspect, yes. |
| 16:32 | 7 | Q. Okay. |
| 16:32 | 8 | A. Yes. |
| 16:32 | 9 | Q. And -- so you mentioned several names: |
| 16:32 | 10 | Ponciano Longoria was one of them, correct? |
| 16:32 | 11 | A. Correct. |
| 16:32 | 12 | Q. Now, were you aware or did you ever become |
| 16:32 | 13 | aware of an allegation that there was a list of |
| 16:33 | 14 | individuals that were -- that were being specifically |
| 16:33 | 15 | targeted for termination by Mayor Molina? |
| 16:33 | 16 | A. I did hear about a list, although I never saw |
| 16:33 | 17 | it, and I'm not sure where that comment -- |
| 16:33 | 18 | Q. Okay. |
| 16:33 | 19 | A. -- originated from. |
| 16:33 | 20 | Q. You never saw a list, but you heard about a |
| 16:33 | 21 | list? |
| 16:33 | 22 | A. Correct. |
| 16:33 | 23 | Q. Okay. Now, did they say it was a written list |
| 16:33 | 24 | or list in somebody's head; do you know? |
| 16:33 | 25 | A. I can't say for certain -- |

| | | |
|---|---|---|
| 16:33 | 1 | Q. Okay. |
| 16:33 | 2 | A. -- whether it was a written list. I don't |
| 16:33 | 3 | think it was a list in someone's head. |
| 16:33 | 4 | Q. So you're saying there was an actual physical |
| 16:33 | 5 | list of names -- |
| 16:33 | 6 | A. I think there might have been an actual |
| 16:33 | 7 | physical list. But that's just an assumption on my |
| 16:33 | 8 | part. |
| 16:33 | 9 | Q. And who were the people that were on this list? |
| 16:33 | 10 | MR. AGUILAR: Objection, speculation. |
| 16:33 | 11 | Q. What is your understanding of who was on the |
| 16:33 | 12 | this list? |
| 16:33 | 13 | A. Okay. So my understanding on the list was, |
| 16:33 | 14 | myself; Irma; Ramiro Gomez; the city manager. |
| 16:34 | 15 | Q. Richard Hinojosa? |
| 16:34 | 16 | A. Richard Hinojosa. |
| 16:34 | 17 | Q. Uh-huh. |
| 16:34 | 18 | A. Who else? Finance director. |
| 16:34 | 19 | Q. Who was that? |
| 16:34 | 20 | A. Asencion Alonzo. Who else? Who did I say |
| 16:34 | 21 | already? Can you repeat? |
| 16:34 | 22 | Q. Yourself. |
| 16:34 | 23 | A. Myself. |
| 16:34 | 24 | Q. Irma Garza. |
| 16:34 | 25 | A. Correct. |

Electronically signed by John Fellows (301-250-933-7791)

0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

| | | | |
|---|---|---|---|
| 16:34 | 1 | Q. | Ramiro Gomez. |
| 16:34 | 2 | A. | Correct. |
| 16:34 | 3 | Q. | Ascension Alonzo. |
| 16:34 | 4 | A. | Correct.  Oh. |
| 16:34 | 5 | Q. | Richard -- |
| 16:34 | 6 | A. | Sean Snyder. |
| 16:34 | 7 | Q. | Okay. |
| 16:34 | 8 | A. | Okay.  Go ahead. |
| 16:34 | 9 | Q. | And Richard Hinojosa. |
| 16:34 | 10 | A. | Richard Hinojosa. |
| 16:34 | 11 | Q. | Was Ponciano Longoria on that list? |
| 16:34 | 12 | A. | Ponciano Longoria. |
| 16:34 | 13 | Q. | Was Maribel Velasquez? |
| 16:35 | 14 | A. | Maribel Velasquez definitely. |
| 16:35 | 15 | Q. | Leo Gonzalez? |
| 16:35 | 16 | A. | Leo Gonzalez.  And Sonia Marroquin. |
| 16:35 | 17 | Q. | Okay.  Blanca Rodriguez? |
| 16:35 | 18 | A. | No. |
| 16:35 | 19 | Q. | No? |
| 16:35 | 20 | A. | No. |
| 16:35 | 21 | Q. | Anyone else? |
| 16:35 | 22 | A. | I'm not sure -- I'm not sure if Joe Filoteo. |
| 16:35 | 23 | Q. | Okay. |
| 16:35 | 24 | A. | I'm trying to think of all the directors. |
| 16:35 | 25 | Q. | Yes, ma'am. |

| | | |
|---|---|---|
| 16:35 | 1 | A. Let's take a look. Not the chamber. So are we |
| 16:36 | 2 | being specific with just the City of Edinburg, or the |
| 16:36 | 3 | Boys and Girls Club, Chamber of Commerce and EDC? |
| 16:36 | 4 | Q. Well, did the City of Edinburg control whether |
| 16:36 | 5 | or not those people were terminated or -- |
| 16:36 | 6 | A. Well, they could have, especially the EDC, |
| 16:36 | 7 | because the city council appoints the EDC Board, and |
| 16:36 | 8 | therefore the board will terminate or retain the |
| 16:36 | 9 | employees that are -- |
| 16:36 | 10 | Q. Okay. Anyone in EDC that was on that list? |
| 16:36 | 11 | A. Agustin Garcia. I think that's |
| 16:36 | 12 | his -- Agustin Gus. I just know him as Gus Garcia. |
| 16:36 | 13 | Well, yeah. Agustin Garcia. Because he was on City |
| 16:36 | 14 | Commissioner -- I mean, city council member. Nelda |
| 16:36 | 15 | Ramirez. |
| 16:36 | 16 | Q. Okay. |
| 16:37 | 17 | A. I'm not sure about the other -- |
| 16:37 | 18 | Q. Okay. |
| 16:37 | 19 | A. -- staff there, but -- |
| 16:37 | 20 | Q. Okay. What about the Boys and Girls Club? |
| 16:37 | 21 | A. Nobody from the Boys and Girls Club. And |
| 16:37 | 22 | nobody from the Chamber of Commerce that I know of. |
| 16:37 | 23 | Yeah. |
| 16:37 | 24 | Q. Okay. Now, Ponciano Longoria, he was on the |
| 16:37 | 25 | list, correct? |

Electronically signed by John Fellows (301-250-933-7791)        0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

| | | |
|---|---|---|
| 16:44 | 1 | that the -- the mayor and the city council were asking |
| 16:44 | 2 | him to make changes. |
| 16:44 | 3 | Q. And that -- was that change getting rid of |
| 16:44 | 4 | Irma? |
| 16:44 | 5 | MR. AGUILAR: Objection, speculation. |
| 16:44 | 6 | A. That change would be, I guess -- I'm not sure |
| 16:44 | 7 | if getting rid of Irma completely, but I know that |
| 16:44 | 8 | there were certain people that he needed to address |
| 16:44 | 9 | their employment. |
| 16:44 | 10 | Q. What do you mean by he needed to address their |
| 16:44 | 11 | employment? |
| 16:45 | 12 | MR. AGUILAR: Objection, speculation. |
| 16:45 | 13 | A. Yeah. He needed to tell them whether or not |
| 16:45 | 14 | they were going to have a job. He needed to tell |
| 16:45 | 15 | them -- it wasn't just a few. It was Ponciano. It was |
| 16:45 | 16 | myself. It was Irma. |
| 16:45 | 17 | He, pretty much, told Irma, It's probably |
| 16:45 | 18 | best that you start looking for another job; told |
| 16:45 | 19 | Ponciano, It's probably best that you start looking for |
| 16:45 | 20 | another job. But told me if I was willing to transfer |
| 16:45 | 21 | to or -- over to EDC. |
| 16:45 | 22 | Q. So when they -- and you did transfer to EDC, |
| 16:45 | 23 | correct? |
| 16:45 | 24 | A. Correct. |
| 16:45 | 25 | Q. And prior to that, you had a discussion with |

Electronically signed by John Fellows (301-250-933-7791)      0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

| | | |
|---|---|---|
| 16:45 | 1 | Mr. Hinojosa about that? |
| 16:45 | 2 | A.   Correct. |
| 16:45 | 3 | Q.   Richard? |
| 16:45 | 4 | A.   Well, at the time that he was telling me, that |
| 16:45 | 5 | if I would consider move -- transferring over to EDC is |
| 16:45 | 6 | the time that we had a discussion.  When he told me |
| 16:45 | 7 | that -- that it was -- it was a good viable option for |
| 16:45 | 8 | me.  So I took the -- the opportunity that was afforded |
| 16:46 | 9 | to me. |
| 16:46 | 10 | Q.   And did he say whether or not any of the other |
| 16:46 | 11 | employees that either resigned or were terminated had |
| 16:46 | 12 | that same option? |
| 16:46 | 13 | A.   They did not. |
| 16:46 | 14 | MR. AGUILAR:  Objection -- |
| 16:46 | 15 | A.   They did not. |
| 16:46 | 16 | MR. AGUILAR:  Objection, multifarious and |
| 16:46 | 17 | nonresponsive. |
| 16:46 | 18 | Q.   What's -- okay.  Did Ponciano or Irma or any of |
| 16:46 | 19 | the others who resigned or were terminated, did they |
| 16:46 | 20 | have that same option? |
| 16:46 | 21 | MR. AGUILAR:  Objection, speculation. |
| 16:46 | 22 | Q.   Do you know whether or not they had that same |
| 16:46 | 23 | option? |
| 16:46 | 24 | MR. AGUILAR:  Objection, speculation. |
| 16:46 | 25 | A.   They -- they did not have that option. |

| | | |
|---|---|---|
| 16:46 | 1 | Q. Okay. |
| 16:46 | 2 | A. From my understanding from what Mr. Hinojosa |
| 16:46 | 3 | told me. |
| 16:46 | 4 | Q. Okay. Now, did you discuss -- other than with |
| 16:46 | 5 | Mr. Hinojosa, your move from the City of Edinburg to |
| 16:46 | 6 | the EDC, did you discuss that with anyone else at the |
| 16:46 | 7 | City of Edinburg? |
| 16:46 | 8 | A. My move, other than the City of Edinburg? |
| 16:47 | 9 | Well, I discussed it with my husband. |
| 16:47 | 10 | Q. No. Within City of Edinburg? |
| 16:47 | 11 | A. Oh, within the City of Edinburg? |
| 16:47 | 12 | Q. Yes. |
| 16:47 | 13 | A. Within the City of Edinburg, I discussed it |
| 16:47 | 14 | with Mr. Alonzo. I believe I might have told him. |
| 16:47 | 15 | Q. Ascension Alonzo? |
| 16:47 | 16 | A. Ascension Alonzo. I might have told him that |
| 16:47 | 17 | they wanted me to move to EDC. And that -- that they |
| 16:47 | 18 | were willing to leave my salary the same, my benefits |
| 16:47 | 19 | the same. |
| 16:47 | 20 | They, pretty much, told me, you know, just |
| 16:47 | 21 | get whatever it is that -- you know, give her whatever |
| 16:47 | 22 | it is that she wants just so that we can move her to |
| 16:47 | 23 | EDC. So they kept my salary. They kept my benefits. |
| 16:47 | 24 | And they made it lucrative, I guess. They made it |
| 16:47 | 25 | appealing, appealing to me -- |

Electronically signed by John Fellows (301-250-933-7791)                    0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

```
16:47  1        Q.  Okay.
16:47  2        A.  -- to make that move.
16:47  3        Q.  Did you speak to Richard Molina about this
16:47  4   move?
16:47  5        A.  When he -- when he addressed it, yeah, I did.
16:48  6   When he addressed it -- because the first time he
16:48  7   called me that he needed to meet with me was the same
16:48  8   day that he told me.
16:48  9        Q.  Who's he that you --
16:48 10        A.  Richard Molina -- Richard Hinojosa.  Oh, I'm
16:48 11   sorry.  Did you say did I speak to Richard Hinojosa or
16:48 12   Molina?
16:48 13        Q.  Molina.
16:48 14        A.  Negative.  I did not.
16:48 15        Q.  Never?
16:48 16        A.  No.
16:48 17        Q.  Okay.  Did you speak to any of the other
16:48 18   council members about that?
16:48 19        A.  About making the move?
16:48 20        Q.  Yes.
16:48 21        A.  I did speak to Jorge Salinas.  He -- he,
16:48 22   pretty much, told me that -- that for me -- because I
16:48 23   had -- when the election happened and there was this
16:48 24   hearsay of this list, I asked him point blank, Am I on
16:48 25   that list?
```