# EXHIBIT "A"

67

CHANGES AND SIGNATURE
WITNESS NAME: ROBIN ZAYAS
DATE OF DEPOSITION: APRIL 23, 2019

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 10+11 | 2 | I think Mr. Molina asked Cary to ask me to open a media company in my name to handle his facebook. | I was extreamly nervous and afraid to talk about my sister. |
| 13 | 20 | I became a deputy registrar same time I in May of 2017 so it must have been around that time. | was nervous and couldnt put events and do in order. |
| 16 | 5 | Cary had access to the facebook account. She edited video and posted. | |
| 17 | line 2 | She would post, I sent her pictures and videos, she would edit, add text and post. | |
| 27 | 22 | Yes. | |
| 37 | 15 | I really dont know Cary kept the hours and charged the clients. | |
| 39 | 24 | Yes. | |
| 42 | 15 | There was talk of her working for the city when we first started z digital. Should Molina ~~may~~ win the election. | |
| 42 | 21 | Yes. | |
| 42 | 25 | No I heard about her getting the job before. | |

BRYANT & STINGLEY, INC.
Date Received: 5-31-19
DDB: 6/3/19
TN-16648

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755     McAllen (956) 618-2366

Electronically signed by John Fellows (301-250-933-7791)     3ed76d92-6839-48cc-a5ac-e7162a33ab29

67

CHANGES AND SIGNATURE

WITNESS NAME: ROBIN ZAYAS
DATE OF DEPOSITION: APRIL 23, 2019

| PAGE | LINE | CHANGE | REASON |
|---|---|---|---|
| 43 | 10 | Not that I can remember | |
| 43 | 13 | I dont remember. | |
| 44 | 10 | Yes | |
| 51 | 1 | At this time of the post there had already been talk between Cory and Richard about Cory working for the city. | |
| 58 | 25 | Cory was intrested in leaving S for the City job. | |
| 61 | 14 | She applied for the job when the position opened, before that Richard wanted her for the job should he win the election. | |
| 62 | 8 | Yes. | |
| 62 | 12 | In correct before the election she was intrested in the position with the city. | |
| 66 | 16 | My conversations with her were that should she win she would get a job doing PR with the city. | |

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755        McAllen (956) 618-2366

Electronically signed by John Fellows (301-250-933-7791)    3ed76d92-6839-48cc-a6ac-e7162a33ab29

68

I, ROBIN ZAYAS, have read the foregoing transcript and hereby affix my signature that same is true and correct, except as noted above.

_____Robin Zayas_____
ROBIN ZAYAS

THE STATE OF TEXAS )(
COUNTY OF Hidalgo )(

Before me, Maricela Arizmendi, on this day personally appeared ROBIN ZAYAS, known to me (or proved to me under oath or through TX Driver License ) (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this 30th day of May, 2019.



MARICELA ARIZMENDI
My Notary ID # 12092587
Expires September 10, 2020

_____Maricela Arizmendi_____
Notary Public in and for
The State of Texas

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755    McAllen (956) 618-2366**

69

```
UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF TEXAS
       MCALLEN DIVISION
```

| | |
|---|---|
| IRMA GARZA | )( |
|    Plaintiff | )( |
| | )( |
| VS. | )( CIVIL ACTION NO. |
| | )( 7:18-cv-267 |
| THE CITY OF EDINBURG, | )( |
| TEXAS, RICHARD MOLINA, | )( |
| DAVID TORRES, JORGE | )( |
| SALINAS AND GILBERT | )( |
| ENRIQUEZ | )( |
|    Defendants | )( |

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF
ROBIN ZAYAS
APRIL 23, 2019

    I, JOHN W. FELLOWS, Certified Court Reporter, certify that the witness, ROBIN ZAYAS, was duly sworn by me, and that the transcript is a true and correct record of the testimony given by the witness on April 23, 2019; that the deposition was reported by me in stenograph and was subsequently transcribed under my supervision;

    Pursuant to Federal Rule 30(5)(e)(2), a review of the transcript was requested.

    I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

    WITNESS MY HAND on this the 2nd day of May, 2019.

*John W. Fellows*
JOHN W. FELLOWS, Texas CSR 3335
Expiration Date: 04-30-21
Bryant & Stingley, Inc., CRN No. 512
1305 East Nolana, Suite D
McAllen, Texas 78504
(956) 618-2366

**BRYANT & STINGLEY, INC.**
Harlingen (956) 428-0755      McAllen (956) 618-2366