IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IRMA GARZA | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS | § | CIVIL ACTION NO. 7:18-CV-267 |
| | § | |
| THE CITY OF EDINURG, TEXAS, | § | |
| RICHARD MOLINA, DAVID TORRES, | § | |
| JORGE SALINAS and GILBERT | § | |
| ENRIQUEZ | § | |

## ORDER DENYING MOTION TO STRIKE STATEMENT OF CHANGES TO DEPOSITION OF ROBYN ZAYAS

Upon consideration of the Motion to Strike Statement of Changes to Deposition of Robyn Zayas, the Court Hereby **ORDERS** that the Motion be **DENIED**.

SO ORDERED this _____ day of _____, 201____, at McAllen, Texas.

_____
United States District Judge

1