```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
                    MCALLEN DIVISION

IRMA GARZA                    )(
    Plaintiff                 )(
                              )(
VS.                           )(   CIVIL ACTION NO.
                              )(   7:18-cv-267
THE CITY OF EDINBURG,         )(
TEXAS, RICHARD MOLINA,        )(
DAVID TORRES, JORGE           )(
SALINAS AND GILBERT           )(
ENRIQUEZ                      )(
    Defendants                )(
```
___

ORAL AND VIDEOTAPED DEPOSITION OF
MYRA GARZA
APRIL 24, 2019

___

ORAL AND VIDEOTAPED DEPOSITION OF MYRA GARZA, produced as a witness at the instance of the PLAINTIFF, taken in the above styled and numbered cause on April 24, 2019, between the hours of 4:06 p.m. and 5:39 p.m., reported stenographically by JOHN W. FELLOWS, Certified Court Reporter No. 3335, in and for the State of Texas, at the offices of GUERRA, LEEDS, SABO & HERNANDEZ, PLLC, 10213 North 10th Street, McAllen, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record or attached therein.

EXHIBIT 1

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

```
16:32  1        A.   Correct.
16:32  2        Q.   About the potential terminations?
16:32  3        A.   Correct.
16:32  4        Q.   So that was different, would you say, than the
16:32  5   other two elections?
16:32  6        A.   In that aspect, yes.
16:32  7        Q.   Okay.
16:32  8        A.   Yes.
16:32  9        Q.   And -- so you mentioned several names:
16:32 10   Ponciano Longoria was one of them, correct?
16:32 11        A.   Correct.
16:32 12        Q.   Now, were you aware or did you ever become
16:32 13   aware of an allegation that there was a list of
16:33 14   individuals that were -- that were being specifically
16:33 15   targeted for termination by Mayor Molina?
16:33 16        A.   I did hear about a list, although I never saw
16:33 17   it, and I'm not sure where that comment --
16:33 18        Q.   Okay.
16:33 19        A.   -- originated from.
16:33 20        Q.   You never saw a list, but you heard about a
16:33 21   list?
16:33 22        A.   Correct.
16:33 23        Q.   Okay.  Now, did they say it was a written list
16:33 24   or list in somebody's head; do you know?
16:33 25        A.   I can't say for certain --
```

16:33 1   Q.  Okay.
16:33 2   A.  -- whether it was a written list.  I don't
16:33 3   think it was a list in someone's head.
16:33 4   Q.  So you're saying there was an actual physical
16:33 5   list of names --
16:33 6   A.  I think there might have been an actual
16:33 7   physical list.  But that's just an assumption on my
16:33 8   part.
16:33 9   Q.  And who were the people that were on this list?
16:33 10          MR. AGUILAR:  Objection, speculation.
16:33 11  Q.  What is your understanding of who was on the
16:33 12  this list?
16:33 13  A.  Okay.  So my understanding on the list was,
16:33 14  myself; Irma; Ramiro Gomez; the city manager.
16:34 15  Q.  Richard Hinojosa?
16:34 16  A.  Richard Hinojosa.
16:34 17  Q.  Uh-huh.
16:34 18  A.  Who else?  Finance director.
16:34 19  Q.  Who was that?
16:34 20  A.  Asencion Alonzo.  Who else?  Who did I say
16:34 21  already?  Can you repeat?
16:34 22  Q.  Yourself.
16:34 23  A.  Myself.
16:34 24  Q.  Irma Garza.
16:34 25  A.  Correct.

Electronically signed by John Fellows (301-250-933-7791)                    0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

```
16:47  1        Q.  Okay.
16:47  2        A.  -- to make that move.
16:47  3        Q.  Did you speak to Richard Molina about this
16:47  4   move?
16:47  5        A.  When he -- when he addressed it, yeah, I did.
16:48  6   When he addressed it -- because the first time he
16:48  7   called me that he needed to meet with me was the same
16:48  8   day that he told me.
16:48  9        Q.  Who's he that you --
16:48 10        A.  Richard Molina -- Richard Hinojosa.  Oh, I'm
16:48 11   sorry.  Did you say did I speak to Richard Hinojosa or
16:48 12   Molina?
16:48 13        Q.  Molina.
16:48 14        A.  Negative.  I did not.
16:48 15        Q.  Never?
16:48 16        A.  No.
16:48 17        Q.  Okay.  Did you speak to any of the other
16:48 18   council members about that?
16:48 19        A.  About making the move?
16:48 20        Q.  Yes.
16:48 21        A.  I did speak to Jorge Salinas.  He -- he,
16:48 22   pretty much, told me that -- that for me -- because I
16:48 23   had -- when the election happened and there was this
16:48 24   hearsay of this list, I asked him point blank, Am I on
16:48 25   that list?
```

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

Electronically signed by John Fellows (301-250-933-7791)                    0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

16:48 1    And they said, I'm not sure what list
16:48 2 you're talking about.  So then I -- I told him, Okay.
16:48 3 What's going to happen?  So he said, Don't worry about
16:48 4 it, you know.  I've got your back, you know.  Don't
16:48 5 worry about anything.  So I said, Okay.
16:48 6    Q.  What else did he tell you?
16:48 7    A.  That he appreciated, you know, that I was very
16:49 8 honest and -- and I treated them all with respect and
16:49 9 that I conducted the election very fairly, that I was
16:49 10 very neutral, that I was very helpful.  And -- and
16:49 11 that's, pretty much, it.  And then he just said, you
16:49 12 know, for me not to worry.
16:49 13    Q.  Any other council members you spoke to about
16:49 14 this?
16:49 15    A.  That I did speak to Gilbert Enriquez about the
16:49 16 transfer, and then I did speak to Molina about whether
16:49 17 or not it was still going to be city secretary.
16:49 18    Q.  What did Gilbert Enriquez tell you?
16:49 19    A.  He said that -- that, you know, for me not to
16:49 20 worry about it, and that the transfer was a good move
16:49 21 for EDC.
16:49 22    Q.  Did he tell you why it was necessary to
16:49 23 transfer you or remove you from the position of city
16:49 24 secretary?
16:49 25    A.  He said because of -- there was changes,

Electronically signed by John Fellows (301-250-933-7791)                    0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

```
           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF TEXAS
                 MCALLEN DIVISION
IRMA GARZA                    )(
   Plaintiff                  )(
                              )(
VS.                           )(  CIVIL ACTION NO.
                              )(  7:18-cv-267
THE CITY OF EDINBURG,         )(
TEXAS, RICHARD MOLINA,        )(
DAVID TORRES, JORGE           )(
SALINAS AND GILBERT           )(
ENRIQUEZ                      )(
   Defendants                 )(
```

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF
MYRA GARZA
APRIL 24, 2019

I, JOHN W. FELLOWS, Certified Court Reporter, certify that the witness, MYRA GARZA, was duly sworn by me, and that the transcript is a true and correct record of the testimony given by the witness on April 24, 2019; that the deposition was reported by me in stenograph and was subsequently transcribed under my supervision;

Pursuant to Federal Rule 30(5)(e)(2), a review of the transcript was requested.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this the _____ day of _____, 2019.

_____
JOHN W. FELLOWS, Texas CSR 3335
Expiration Date: 04-30-21
Bryant & Stingley, Inc., CRN No. 512
1305 East Nolana, Suite D
McAllen, Texas 78504
(956) 618-2366