UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IRMA GARZA )( | |
|    Plaintiff )( | |
| )( | |
| VS. )( | CIVIL ACTION NO. |
| )( | 7:18-cv-267 |
| THE CITY OF EDINBURG, )( | |
| TEXAS, RICHARD MOLINA, )( | |
| DAVID TORRES, JORGE )( | |
| SALINAS AND GILBERT )( | |
| ENRIQUEZ )( | |
|    Defendants )( | |

_____

ORAL AND VIDEOTAPED DEPOSITION OF
ROBIN ZAYAS
APRIL 23, 2019

_____

     ORAL AND VIDEOTAPED DEPOSITION OF ROBIN ZAYAS, produced as a witness at the instance of the PLAINTIFF, taken in the above styled and numbered cause on April 23, 2019, between the hours of 1:42 p.m. and 2:57 p.m., reported stenographically by JOHN W. FELLOWS, Certified Court Reporter No. 3335, in and for the State of Texas, at the offices of FLORES & TORRES, LLP, 118 East Cano Street, Edinburg, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record or attached therein.

EXHIBIT 3

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755     McAllen (956) 618-2366**

Electronically signed by John Fellows (301-250-933-7791)    3ed76d92-6839-48cc-a6ac-e7162a33ab29

```
14:36  1                    MR. AGUILAR:  Objection, mischaracterizing
14:36  2    the evidence.  Go ahead.
14:36  3        A.   She couldn't apply.  The position wasn't --
14:36  4        Q.   Available yet?
14:36  5        A.   Right.
14:36  6                    MR. FLORES:  No further questions.  I'll
14:36  7    pass the witness.
14:36  8                              EXAMINATION
14:36  9    BY MR. AGUILAR:
14:36 10        Q.   Just ask something before we take a break, can
14:37 11    you tell me what y'all's relationship is?
14:37 12        A.   He's my ex-brother-in-law.
14:37 13        Q.   Okay.  And that would be your ex-husband?
14:37 14        A.   No.  My sister -- my other sister, Julie.
14:37 15        Q.   Okay.
14:37 16        A.   This is her ex-husband.  So we're -- we're
14:37 17    not --
14:37 18        Q.   I'm going --
14:37 19        A.   Not really hate each other in the end.
14:37 20        Q.   I'm going to try to do the math here.  So your
14:37 21    sister?
14:37 22        A.   Julie.
14:37 23        Q.   Sister Julie?
14:37 24        A.   Used to be married.
14:37 25        Q.   Was married to?
```

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

```
14:37  1      A.  David.
14:37  2      Q.  David?
14:37  3          MR. FLORES:  This guy.
14:37  4      Q.  And they are no longer?
14:37  5      A.  Right.
14:37  6      Q.  And you guys live near each other or something?
14:37  7      A.  We're in the same neighborhood.  Well, now
14:37  8  yeah.  Because I moved into Cary's house and Cary's
14:37  9  house is like two streets from Dave's.
14:37 10      Q.  So you live with Cary, like, two streets away?
14:37 11      A.  Like it's an L shape.
14:37 12      Q.  Around the corner?
14:37 13      A.  Yeah.
14:37 14      Q.  Okay. And what's the deal?  Your kids hang out
14:38 15  together or something?
14:38 16      A.  Oh, I don't have kids.
14:38 17      Q.  Oh.
14:38 18      A.  No.
14:38 19      Q.  Cary's --
14:38 20      A.  His son is my nephew.
14:38 21      Q.  Okay.  So Flores son.  What's son's name?
14:38 22          MR. FLORES:  Jacob.
14:38 23      Q.  Thank you.  You could've answered that.
14:38 24      A.  He's a minor.  I'm not going to throw him in
14:38 25  the --
```

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755          McAllen (956) 618-2366

Electronically signed by John Fellows (301-250-933-7791)    3ed76d92-6839-48cc-a6ac-e7162a33ab29

54

```
14:38  1      Q.  Oh.  Jake -- Jacob is your nephew?
14:38  2      A.  Correct.
14:38  3      Q.  And you take care of him sometimes or something
14:38  4  or -- or is there any kind of --
14:38  5      A.  We are best buds, yeah.
14:38  6      Q.  Okay.  You hang?  So you watch him and stuff
14:38  7  like that?
14:38  8      A.  Well, I mean, he's a high school kid.  I don't
14:38  9  go watch him.  We hang out.
14:38 10      Q.  I was thinking -- but it's --
14:38 11      A.  No.  He's --
14:38 12      Q.  How old is he?  Like 16, 17?
14:38 13          MR. FLORES:  14.
14:38 14      A.  Fourteen.
14:38 15      Q.  Any other of his kids that you -- you hang with
14:39 16  or do you have any other kids?  I don't know.  So
14:39 17  that's -- so that's -- I'm just trying to figure out
14:39 18  what the relationship is.
14:39 19              Sometimes you still hang or see
14:39 20  Mr. Flores' son periodically, you live around the
14:39 21  corner, sometimes you might watch him if he needs
14:39 22  somebody to sit for him while David's out or something,
14:39 23  whatever might be, whatever comes up?
14:39 24      A.  Not really.  On days when he's with my sister
14:39 25  Julie --
```

Electronically signed by John Fellows (301-250-933-7791)          3ed76d92-6839-48cc-a6ac-e7162a33ab29

14:39  1   Q. Uh-huh.
14:39  2   A. -- because they have joint custody, let's say
14:39  3   he -- you know, I've gone to take him his backpack.
14:39  4   I've gone to pick him up to take him to the
14:39  5   orthodontist. If he's sick, I'll pick him up and hang
14:39  6   out with him for couple of hours, whatnot.
14:39  7   Q. That kind of stuff?
14:39  8   A. Yeah.
14:39  9   Q. Okay.
14:39 10          MR. AGUILAR: Could we go off the record a
14:39 11   moment?
14:39 12          MR. FLORES: Sure.
14:39 13          THE VIDEOGRAPHER: We're off the record.
14:39 14       (Recess)
14:46 15          THE VIDEOGRAPHER: We're back on the
14:46 16   record.
14:46 17   Q. I'd like to ask you just couple more things.
14:46 18   This Anonymous RGV, do you know who that is?
14:47 19   A. There is a lot of -- no. I don't know who it
14:47 20   is.
14:47 21   Q. Have you heard rumors?
14:47 22   A. It could be -- yeah. I mean, that
14:47 23   whole -- anything on there is --
14:47 24   Q. You know who -- who -- who -- who has authority
14:47 25   to post on Anonymous RGV? In other words --

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755    McAllen (956) 618-2366

Electronically signed by John Fellows (301-250-933-7791)    3ed76d92-6839-48cc-a6ac-e7162a33ab29

```
             UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF TEXAS
                   MCALLEN DIVISION
IRMA GARZA                    )(
   Plaintiff                  )(
                              )(
VS.                           )(  CIVIL ACTION NO.
                              )(  7:18-cv-267
THE CITY OF EDINBURG,         )(
TEXAS, RICHARD MOLINA,        )(
DAVID TORRES, JORGE           )(
SALINAS AND GILBERT           )(
ENRIQUEZ                      )(
   Defendants                 )(
```

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF
ROBIN ZAYAS
APRIL 23, 2019

I, JOHN W. FELLOWS, Certified Court Reporter, certify that the witness, ROBIN ZAYAS, was duly sworn by me, and that the transcript is a true and correct record of the testimony given by the witness on April 23, 2019; that the deposition was reported by me in stenograph and was subsequently transcribed under my supervision;

Pursuant to Federal Rule 30(5)(e)(2), a review of the transcript was requested.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this the _____ day of _____, 2019.

_____
JOHN W. FELLOWS, Texas CSR 3335
Expiration Date: 04-30-21
Bryant & Stingley, Inc., CRN No. 512
1305 East Nolana, Suite D
McAllen, Texas 78504
(956) 618-2366

**BRYANT & STINGLEY, INC.**

**Harlingen (956) 428-0755          McAllen (956) 618-2366**