# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### MCALLEN DIVISION

| | | |
|---|---|---|
| IRMA GARZA | § | |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF EDINBURG, TEXAS | § | CASE NUMBER: 7:18-CV-0267 |
| RICHARD MOLINA, DAVID | § | |
| TORRES, JORGE SALINAS AND | § | |
| GILBERT ENRIQUEZ | § | |

## ORDER

On the _____ day of _____, 2019, this cause came for hearing on **Plaintiff Irma Garza's Second Corrected/Amended Motion to Compel Discovery, Reply to Defendants' Response to Plaintiff's Corrected Motion to Compel Discovery and for Sanctions with a Request for Hearing**.  After reviewing the pleadings and other documents on file, and hearing the argument of counsel thereon, the Court is of the opinion that Plaintiff's Motion should be DENIED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff Irma Garza's Second Corrected/Amended Motion to Compel Discovery, Reply to Defendants' Response to Plaintiff's Corrected Motion to Compel Discovery and for Sanctions with a Request for Hearing is hereby DENIED.

SIGNED on this _____ day of _____, 2019, at McAllen, Texas.

_____
U. S. DISTRICT JUDGE