UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| IRMA GARZA<br>Plaintiff, | §<br>§<br>§ | |
| Vs. | §<br>§ | |
| | § | CIVIL ACTION NO. 7:18-CV-267 |
| THE CITY OF EDINBURG, TEXAS<br>RICHARD MOLINA, DAVID TORRES,<br>JORGE SALINAS and GILBERT<br>ENRIQUEZ<br>Defendants. | §<br>§<br>§<br>§<br>§ | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Plaintiff's Response to Defendants' Second Motion for Judgment on the Pleadings*

# EXHIBIT B

Deposition Excerpts of Mayra Garza

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

```
                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
                      MCALLEN DIVISION

IRMA GARZA                    )(
   Plaintiff                  )(
                              )(
VS.                           )(    CIVIL ACTION NO.
                              )(    7:18-cv-267
THE CITY OF EDINBURG,         )(
TEXAS, RICHARD MOLINA,        )(
DAVID TORRES, JORGE           )(
SALINAS AND GILBERT           )(
ENRIQUEZ                      )(
   Defendants                 )(
```

ORAL AND VIDEOTAPED DEPOSITION OF
MYRA GARZA
APRIL 24, 2019

ORAL AND VIDEOTAPED DEPOSITION OF MYRA GARZA, produced as a witness at the instance of the PLAINTIFF, taken in the above styled and numbered cause on April 24, 2019, between the hours of 4:06 p.m. and 5:39 p.m., reported stenographically by JOHN W. FELLOWS, Certified Court Reporter No. 3335, in and for the State of Texas, at the offices of GUERRA, LEEDS, SABO & HERNANDEZ, PLLC, 10213 North 10th Street, McAllen, Texas, pursuant to the Federal Rules of Civil Procedure and any provisions stated on the record or attached therein.

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755        McAllen (956) 618-2366

Electronically signed by John Fellows (301-250-933-7791)

0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

```
                    APPEARANCES

COUNSEL FOR PLAINTIFF:

     DAVID L. FLORES
     FLORES & TORRES, LLP
     118 EAST CANO STREET
     EDINBURG, TEXAS   78539


COUNSEL FOR DEFENDANT THE CITY OF EDINBURG, TEXAS:

     YSMAEL D. FONSECA
     CASSANDRA HERNANDEZ
     GUERRA, LEEDS, SABO & HERNANDEZ, PLLC
     10213 North 10th Street
     McAllen, Texas   78504


COUNSEL FOR DEFENDANTS RICHARD MOLINA, DAVID TORRES,
JORGE SALINAS AND GILBERT ENRIQUEZ:

     J. ARNOLD AGUILAR
     AGUILAR & ZABARTE, LLC
     990 Marine Drive
     Brownsville, Texas   78520


ALSO PRESENT:

     ALBERT GONZALEZ, Videographer (B&S)
```

3

INDEX

|  | PAGE |
|---|---|
| Appearances.................................... | 2 |

MYRA GARZA

| Examination by Mr. Flores....................... | 4 |
| Examination by Mr. Aguilar...................... | 63 |
| Further Examination by Mr. Flores................ | 85 |

| Changes and Signature............................ | 86 |

| Reporter's Certificate........................... | 88 |

Attached to the end of the transcript:  Stipulations

EXHIBITS

(No Exhibits Marked)

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755          McAllen (956) 618-2366

```
16:32  1       A.   Correct.
16:32  2       Q.   About the potential terminations?
16:32  3       A.   Correct.
16:32  4       Q.   So that was different, would you say, than the
16:32  5  other two elections?
16:32  6       A.   In that aspect, yes.
16:32  7       Q.   Okay.
16:32  8       A.   Yes.
16:32  9       Q.   And -- so you mentioned several names:
16:32 10  Ponciano Longoria was one of them, correct?
16:32 11       A.   Correct.
16:32 12       Q.   Now, were you aware or did you ever become
16:32 13  aware of an allegation that there was a list of
16:33 14  individuals that were -- that were being specifically
16:33 15  targeted for termination by Mayor Molina?
16:33 16       A.   I did hear about a list, although I never saw
16:33 17  it, and I'm not sure where that comment --
16:33 18       Q.   Okay.
16:33 19       A.   -- originated from.
16:33 20       Q.   You never saw a list, but you heard about a
16:33 21  list?
16:33 22       A.   Correct.
16:33 23       Q.   Okay.  Now, did they say it was a written list
16:33 24  or list in somebody's head; do you know?
16:33 25       A.   I can't say for certain --
```

Electronically signed by John Fellows (301-250-933-7791)    0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

| | | |
|---|---|---|
| 16:33 | 1 | Q.  Okay. |
| 16:33 | 2 | A.  -- whether it was a written list.  I don't |
| 16:33 | 3 | think it was a list in someone's head. |
| 16:33 | 4 | Q.  So you're saying there was an actual physical |
| 16:33 | 5 | list of names -- |
| 16:33 | 6 | A.  I think there might have been an actual |
| 16:33 | 7 | physical list.  But that's just an assumption on my |
| 16:33 | 8 | part. |
| 16:33 | 9 | Q.  And who were the people that were on this list? |
| 16:33 | 10 | MR. AGUILAR:  Objection, speculation. |
| 16:33 | 11 | Q.  What is your understanding of who was on the |
| 16:33 | 12 | this list? |
| 16:33 | 13 | A.  Okay.  So my understanding on the list was, |
| 16:33 | 14 | myself; Irma; Ramiro Gomez; the city manager. |
| 16:34 | 15 | Q.  Richard Hinojosa? |
| 16:34 | 16 | A.  Richard Hinojosa. |
| 16:34 | 17 | Q.  Uh-huh. |
| 16:34 | 18 | A.  Who else?  Finance director. |
| 16:34 | 19 | Q.  Who was that? |
| 16:34 | 20 | A.  Asencion Alonzo.  Who else?  Who did I say |
| 16:34 | 21 | already?  Can you repeat? |
| 16:34 | 22 | Q.  Yourself. |
| 16:34 | 23 | A.  Myself. |
| 16:34 | 24 | Q.  Irma Garza. |
| 16:34 | 25 | A.  Correct. |

| Time | Line | | |
|---|---|---|---|
| 16:34 | 1 | Q. | Ramiro Gomez. |
| 16:34 | 2 | A. | Correct. |
| 16:34 | 3 | Q. | Ascension Alonzo. |
| 16:34 | 4 | A. | Correct.  Oh. |
| 16:34 | 5 | Q. | Richard -- |
| 16:34 | 6 | A. | Sean Snyder. |
| 16:34 | 7 | Q. | Okay. |
| 16:34 | 8 | A. | Okay.  Go ahead. |
| 16:34 | 9 | Q. | And Richard Hinojosa. |
| 16:34 | 10 | A. | Richard Hinojosa. |
| 16:34 | 11 | Q. | Was Ponciano Longoria on that list? |
| 16:34 | 12 | A. | Ponciano Longoria. |
| 16:34 | 13 | Q. | Was Maribel Velasquez? |
| 16:35 | 14 | A. | Maribel Velasquez definitely. |
| 16:35 | 15 | Q. | Leo Gonzalez? |
| 16:35 | 16 | A. | Leo Gonzalez.  And Sonia Marroquin. |
| 16:35 | 17 | Q. | Okay.  Blanca Rodriguez? |
| 16:35 | 18 | A. | No. |
| 16:35 | 19 | Q. | No? |
| 16:35 | 20 | A. | No. |
| 16:35 | 21 | Q. | Anyone else? |
| 16:35 | 22 | A. | I'm not sure -- I'm not sure if Joe Filoteo. |
| 16:35 | 23 | Q. | Okay. |
| 16:35 | 24 | A. | I'm trying to think of all the directors. |
| 16:35 | 25 | Q. | Yes, ma'am. |

Electronically signed by John Fellows (301-250-933-7791)          0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

```
16:47  1         Q.   Okay.
16:47  2         A.   -- to make that move.
16:47  3         Q.   Did you speak to Richard Molina about this
16:47  4   move?
16:47  5         A.   When he -- when he addressed it, yeah, I did.
16:48  6   When he addressed it -- because the first time he
16:48  7   called me that he needed to meet with me was the same
16:48  8   day that he told me.
16:48  9         Q.   Who's he that you --
16:48 10         A.   Richard Molina -- Richard Hinojosa.  Oh, I'm
16:48 11   sorry.  Did you say did I speak to Richard Hinojosa or
16:48 12   Molina?
16:48 13         Q.   Molina.
16:48 14         A.   Negative.  I did not.
16:48 15         Q.   Never?
16:48 16         A.   No.
16:48 17         Q.   Okay.  Did you speak to any of the other
16:48 18   council members about that?
16:48 19         A.   About making the move?
16:48 20         Q.   Yes.
16:48 21         A.   I did speak to Jorge Salinas.  He -- he,
16:48 22   pretty much, told me that -- that for me -- because I
16:48 23   had -- when the election happened and there was this
16:48 24   hearsay of this list, I asked him point blank, Am I on
16:48 25   that list?
```

```
16:51   1      Q.  Why would you feel they didn't want you as city
16:51   2   secretary?
16:51   3      A.  Because of that list that was floating around
16:51   4   either in someone's head or physical list that,
16:51   5   apparently, I was on that list.
16:51   6      Q.  Do you know whether or not they already had
16:51   7   intended on placing someone else at that same position
16:51   8   as city secretary?
16:51   9           MR. AGUILAR:  Objection, speculation.
16:51  10      A.  Yes.  Yes.  There's a gentleman named Tim Senna
16:51  11   that works with me.  We were conducting an election,
16:51  12   and he made a comment, because there was another
16:51  13   employee named Many Villegas that asked, What's going
16:51  14   to happen to you?  Because --
16:51  15      Q.  To you, meaning to you?
16:51  16      A.  To my position, to me.
16:51  17      Q.  Okay.
16:51  18      A.  Because I was their supervisor.
16:51  19      Q.  Tim Senna worked under you?
16:51  20      A.  Tim Senna worked under me.  Many Villegas
16:51  21   worked under me.  So the three of us were there, and I
16:52  22   was explaining to Many, I said, Listen, don't worry
16:52  23   about it.  My position is appointed, you know.  I could
16:52  24   be appointed or, you know, removed at any time.  And I
16:52  25   said, But don't -- you-all don't worry about your
```

Electronically signed by John Fellows (301-250-933-7791)          0e3e310d-ca4c-4b0b-abd2-c4ac249a08db

88

```
              UNITED STATES DISTRICT COURT
               SOUTHERN DISTRICT OF TEXAS
                    MCALLEN DIVISION
IRMA GARZA                    )(
   Plaintiff                  )(
                              )(
VS.                           )(   CIVIL ACTION NO.
                              )(   7:18-cv-267
THE CITY OF EDINBURG,         )(
TEXAS, RICHARD MOLINA,        )(
DAVID TORRES, JORGE           )(
SALINAS AND GILBERT           )(
ENRIQUEZ                      )(
   Defendants                 )(
```

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF
MYRA GARZA
APRIL 24, 2019

I, JOHN W. FELLOWS, Certified Court Reporter, certify that the witness, MYRA GARZA, was duly sworn by me, and that the transcript is a true and correct record of the testimony given by the witness on April 24, 2019; that the deposition was reported by me in stenograph and was subsequently transcribed under my supervision;

Pursuant to Federal Rule 30(5)(e)(2), a review of the transcript was requested.

I FURTHER CERTIFY that I am not a relative, employee, attorney or counsel of any of the parties, nor a relative or employee of such attorney or counsel, nor am I financially interested in the action.

WITNESS MY HAND on this the 6th May, 2019.

JOHN W. FELLOWS, Texas CSR 3335
Expiration Date: 04-30-21
Bryant & Stingley, Inc., CRN No. 512
1305 East Nolana, Suite D
McAllen, Texas  78504
(956) 618-2366

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755         McAllen (956) 618-2366