UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| **IRMA GARZA** | § | |
| **Plaintiff,** | § | |
| | § | |
| **Vs.** | § | |
| | § | **CIVIL ACTION NO. 7:18-CV-267** |
| **THE CITY OF EDINBURG, TEXAS** | § | |
| **RICHARD MOLINA, DAVID TORRES,** | § | |
| **JORGE SALINAS and GILBERT** | § | |
| **ENRIQUEZ** | § | |
| **Defendants.** | § | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

*Plaintiff's Response to Defendants' Second Motion for Judgment on the Pleadings*

# EXHIBIT C

Deposition Excerpts of Robin Zayas

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IRMA GARZA                    ) (
   Plaintiff                  ) (
                        ) (
VS.                           ) (    CIVIL ACTION NO.
                        ) (    7:18-cv-267
THE CITY OF EDINBURG,          ) (
TEXAS, RICHARD MOLINA,         ) (
DAVID TORRES, JORGE            ) (
SALINAS AND GILBERT            ) (
ENRIQUEZ                       ) (
   Defendants                 ) (

---

ORAL AND VIDEOTAPED DEPOSITION OF
ROBIN ZAYAS
APRIL 23, 2019

---

       ORAL AND VIDEOTAPED DEPOSITION OF ROBIN ZAYAS,
produced as a witness at the instance of the PLAINTIFF,
taken in the above styled and numbered cause on
April 23, 2019, between the hours of 1:42 p.m. and 2:57
p.m., reported stenographically by JOHN W. FELLOWS,
Certified Court Reporter No. 3335, in and for the State
of Texas, at the offices of FLORES & TORRES, LLP, 118
East Cano Street, Edinburg, Texas, pursuant to the
Federal Rules of Civil Procedure and any provisions
stated on the record or attached therein.

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755      McAllen (956) 618-2366**

APPEARANCES

COUNSEL FOR PLAINTIFF:

        DAVID L. FLORES
        CHRIS CASTILLO
        FLORES & TORRES, LLP
        118 East Cano Street
        Edinburg, Texas  78539

COUNSEL FOR DEFENDANT THE CITY OF EDINBURG, TEXAS:

        CASSANDRA HERNANDEZ
        YSMAEL FONSECA
        GUERRA, LEEDS, SABO & HERNANDEZ, PLLC
        10213 North 10th Street
        McAllen, Texas  78504

COUNSEL FOR DEFENDANTS RICHARD MOLINA, DAVID TORRES,
JORGE SALINAS AND GILBERT ENRIQUEZ:

        J. ARNOLD AGUILAR
        AGUILAR & ZABARTE, LLC
        990 Marine Drive
        Brownsville, Texas  78520

COUNSEL FOR DEFENDANT THE CITY OF EDINBURG, TEXAS:

        OMAR OCHOA
        ATTORNEY AT LAW
        121 North 10th Street
        McAllen, Texas  78501

ALSO PRESENT:

        ALBERT GONZALEZ, Videographer (B&S)
        IRMA GARZA

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

3

INDEX

PAGE

Appearances...................................  2

ROBIN ZAYAS

Examination by Mr. Flores........................  4
Examination by Mr. Aguilar....................... 52
Further Examination by Mr. Flores............... 58
Further Examination by Mr. Aguilar.............. 59
Further Examination by Mr. Flores............... 60
Further Examination by Mr. Aguilar.............. 61
Further Examination by Mr. Flores............... 62
Further Examination by Mr. Aguilar.............. 64
Further Examination by Mr. Flores............... 66

Changes and Signature........................... 67

Reporter's Certificate.......................... 69

Attached to the end of the transcript:  Stipulations

EXHIBITS

NUMBER  DESCRIPTION                             PAGE
                                                IDEN.

    1   Anonymous RGV Facebook Post.............. 45

    2   Ms. Zayas' File.......................... 39

BRYANT & STINGLEY, INC.
Harlingen (956) 428-0755        McAllen (956) 618-2366

Electronically signed by John Fellows (301-250-933-7791)          3ed76d92-6839-48cc-a6ac-e7162a33ab29

4

| | | |
|---|---|---|
| 13:42 | 1 | THE VIDEOGRAPHER:  Today's April 23, 2019. |
| 13:42 | 2 | This is the video-recorded deposition of Robin Zayas. |
| 13:42 | 3 | We are on the record at 1:43 p.m. |
| 13:42 | 4 | ROBIN ZAYAS, |
| 13:42 | 5 | having been duly sworn, testified as follows: |
| 13:42 | 6 | EXAMINATION |
| 13:42 | 7 | BY MR. FLORES: |
| 13:42 | 8 | Q.  Can you please state your full and complete |
| 13:43 | 9 | name for the record? |
| 13:43 | 10 | A.  Robin Diane Zayas. |
| 13:43 | 11 | Q.  Ms. Zayas, my name is David Flores.  I |
| 13:43 | 12 | represent Irma Garza in a lawsuit that was filed by her |
| 13:43 | 13 | against the City of Edinburg and other City Council |
| 13:43 | 14 | members; do you understand that? |
| 13:43 | 15 | A.  Yes. |
| 13:43 | 16 | Q.  Okay.  Have you ever had your deposition taken |
| 13:43 | 17 | before? |
| 13:43 | 18 | A.  No. |
| 13:43 | 19 | Q.  Couple of, I guess, some housekeeping matters. |
| 13:43 | 20 | It's important that you allow me to finish asking my |
| 13:43 | 21 | question before you respond. |
| 13:43 | 22 | A.  Okay. |
| 13:43 | 23 | Q.  Because this gentleman to your left here is |
| 13:43 | 24 | taking down everything we're saying, so if we talk over |
| 13:43 | 25 | each other it's difficult for him to get a clear |

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

| | | |
|---|---|---|
| 13:46 | 1 | A.   Yeah. |
| 13:46 | 2 | Q.   Would it be March of 2018? |
| 13:46 | 3 | A.   Like the end of March probably. |
| 13:46 | 4 | Q.   Okay.  Okay.  And prior to working with |
| 13:46 | 5 | Elements Massage, where were you working? |
| 13:46 | 6 | A.   I wasn't for a while.  But then before that I |
| 13:46 | 7 | was with Z Digital. |
| 13:46 | 8 | Q.   I'm -- |
| 13:46 | 9 | MR. AGUILAR:  I'm sorry? |
| 13:46 | 10 | A.   Z Digital. |
| 13:46 | 11 | Q.   Where is that located? |
| 13:46 | 12 | A.   It really wasn't located anywhere.  It was -- I |
| 13:46 | 13 | guess at my old apartment is where we use the address |
| 13:47 | 14 | for.  But it was like out at different events and |
| 13:47 | 15 | stuff.  We didn't, like, have an office. |
| 13:47 | 16 | Q.   What is Z Digital? |
| 13:47 | 17 | A.   It was a media -- social media business. |
| 13:47 | 18 | Q.   Okay.  And what did you do for Z Digital? |
| 13:47 | 19 | A.   I would go to different events for clients, |
| 13:47 | 20 | take pictures, help set up events, and then post |
| 13:47 | 21 | pictures, and -- and, you know, kind of recap what |
| 13:47 | 22 | happened on their social media platforms. |
| 13:47 | 23 | Q.   Okay.  Now -- or were you an employee of Z |
| 13:47 | 24 | Digital, or were you an owner? |
| 13:47 | 25 | A.   I was the owner. |

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

9

| | | |
|---|---|---|
| 13:47 | 1 | Q.  And is Z Digital incorporated? |
| 13:47 | 2 | A.  It was an LLC. |
| 13:47 | 3 | Q.  Okay.  So when did you form this company? |
| 13:47 | 4 | A.  I don't know.  I would have to look. |
| 13:48 | 5 | Q.  Okay. |
| 13:48 | 6 | A.  It was right before the campaign to be honest. |
| 13:48 | 7 | Q.  Before which campaign? |
| 13:48 | 8 | A.  The Molina campaign.  So -- |
| 13:48 | 9 | Q.  Now, are you the -- so when you say before the |
| 13:48 | 10 | Molina campaign, are you saying before the November |
| 13:48 | 11 | 2017 election? |
| 13:48 | 12 | A.  Yeah. |
| 13:48 | 13 | Q.  Okay. |
| 13:48 | 14 | A.  It -- it was -- the Z Digital was put together |
| 13:48 | 15 | a little prior to that. |
| 13:48 | 16 | Q.  Okay.  Are you the sole member of Z Digital, |
| 13:48 | 17 | LLC? |
| 13:48 | 18 | A.  No.  It was something that I did with Cary. |
| 13:48 | 19 | She has a lot of knowledge in media, so she helped me |
| 13:48 | 20 | out. |
| 13:48 | 21 | Q.  Now, is she listed in the company records as a |
| 13:48 | 22 | owner as well? |
| 13:48 | 23 | A.  The -- not co, but it's called something. |
| 13:49 | 24 | A -- I don't know.  Like not a consultant, but... |
| 13:49 | 25 | Q.  So does Z Digital have any employees? |

13:49  1      A.  Well, me, basically.

13:49  2           MR. AGUILAR:  Objection to the extent it

13:49  3   calls for legal conclusion.  I don't know if she

13:49  4   understood what you were really asking.

13:49  5           MR. FLORES:  Talking about the employees

13:49  6   question?

13:49  7           MR. AGUILAR:  Yeah.

13:49  8      Q.  Okay.  Now, you, again, as far as your

13:49  9   understanding, were you the only listed member of Z

13:49 10   Digital?  When I say that, you submit your documents to

13:49 11   the Secretary of State, the members are listed.  Are

13:49 12   you listed as a sole member?

13:49 13      A.  Yeah.  I think so.  I mean, do you want to take

13:49 14   a look and see what I'm --

13:50 15      Q.  Okay.

13:50 16      A.  -- not missing --

13:50 17      Q.  I want to get your understanding of it before

13:50 18   we start taking a look at it.

13:50 19      A.  Okay.

13:50 20      Q.  Okay.  So what is your understanding as far as

13:50 21   who are the owners of Z Digital?

13:50 22      A.  Me and I -- you know, when I had questions I

13:50 23   would ask Cary, like, How -- how do I get a LLC?  What

13:50 24   do I do to get the ball rolling on that?

13:50 25      Q.  And what prompted you to form Z Digital, this

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

13:50  1  company?

13:50  2      A.  To kind of gain not just political clients,

13:50  3  obviously, but maybe like other local businesses and

13:50  4  whatnot.  And it would be a great way to do something

13:50  5  during school, because the flexibility there as well.

13:50  6      Q.  And when I say to the jury, we anticipate at

13:50  7  some point this video may be played to the jury, so I

13:50  8  may ask you to explain something.  I say, Explain it to

13:50  9  the jury.  So I know there's no jury here today, but

13:51  10  the testimony you're providing here is the same as if

13:51  11  you were in a court of law; do you understand that?

13:51  12      A.  Yeah.

13:51  13      Q.  Okay.  So can you explain to the jury,

13:51  14  specifically, what it was that you did?

13:51  15      A.  I would show up at events and help plan events,

13:51  16  and then photograph the candidates meeting people and

13:51  17  interacting with the people that are around them, and

13:51  18  then posting it on their social media platform, so

13:51  19  that, you know, basically, make them look like they're

13:51  20  involved in what they're doing, and how their day's

13:51  21  going.

13:51  22      Q.  Okay.  Now, prior to forming Z Digital, had you

13:51  23  had any experience working in this capacity at all?

13:51  24      A.  No.

13:51  25      Q.  Okay.  So this would be your first experience

Electronically signed by John Fellows (301-250-933-7791)                                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

12

| | | |
|---|---|---|
| 13:51 | 1 | into this arena; is that correct? |
| 13:51 | 2 | A.  Like this, yes.  I did some social work |
| 13:51 | 3 | for -- social media work for a Humane Society in Port |
| 13:52 | 4 | Isabel, but that -- you know, that's just trying to get |
| 13:52 | 5 | animals adopted and whatnot. |
| 13:52 | 6 | Q.  Okay.  And when was that? |
| 13:52 | 7 | A.  That's when I was in Port Isabel four years |
| 13:52 | 8 | ago. |
| 13:52 | 9 | Q.  Okay.  So that would've been substantially |
| 13:52 | 10 | before the 2017 -- |
| 13:52 | 11 | A.  Way before, yeah. |
| 13:52 | 12 | Q.  Okay. |
| 13:52 | 13 | A.  Way, way before that. |
| 13:52 | 14 | Q.  Had you ever -- is this the only company you've |
| 13:52 | 15 | been a part of? |
| 13:52 | 16 | A.  Yes. |
| 13:52 | 17 | Q.  Okay.  Your first company? |
| 13:52 | 18 | A.  Right. |
| 13:52 | 19 | Q.  Okay.  Now, we have listed in this lawsuit, |
| 13:52 | 20 | Ms. Zayas, four individual Defendants.  Those |
| 13:52 | 21 | Defendants are Richard Molina, David Torres, George |
| 13:52 | 22 | Salinas, and Gilbert Enriquez. |
| 13:52 | 23 | A.  Uh-huh. |
| 13:52 | 24 | Q.  Do you know who I'm referring to? |
| 13:52 | 25 | A.  Yes. |

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

| | | |
|---|---|---|
| 13:52 | 1 | Q. Do you know Richard Molina? |
| 13:52 | 2 | A. Yes. |
| 13:52 | 3 | Q. Do you know David Torres? |
| 13:52 | 4 | A. Yes. |
| 13:52 | 5 | Q. Do you know George Salinas? |
| 13:52 | 6 | A. Not as well as I know David and Richard. |
| 13:52 | 7 | Q. Okay.  What about Gilbert Enriquez? |
| 13:53 | 8 | A. A little bit, too; not very -- not very well. |
| 13:53 | 9 | Q. When did you first meet Richard Molina, current |
| 13:53 | 10 | mayor? |
| 13:53 | 11 | A. When -- we start when the Z Digital came to be |
| 13:53 | 12 | and started meeting with him and showing up at his |
| 13:53 | 13 | events and whatnot. |
| 13:53 | 14 | Q. And how is it that you two got -- came |
| 13:53 | 15 | together? |
| 13:53 | 16 | A. Cary suggested that I run his social media |
| 13:53 | 17 | platforms. |
| 13:53 | 18 | Q. So this would be -- do you know, more or less, |
| 13:53 | 19 | when this was? |
| 13:53 | 20 | A. Really don't. |
| 13:53 | 21 | Q. If the election was November -- |
| 13:53 | 22 | A. It was -- yeah. |
| 13:53 | 23 | Q. If the -- |
| 13:53 | 24 | A. That's when the election started, but we |
| 13:53 | 25 | campaigned prior -- sorry.  Are you -- |

Electronically signed by John Fellows (301-250-933-7791)

3ed76d92-6839-48cc-a6ac-e7162a33ab29

14

13:53  1       Q.  That's okay.  That's okay.  If the election was

13:53  2   November 4th --

13:53  3       A.  Uh-huh.

13:53  4       Q.  -- how long before that date was it that you

13:53  5   met him?

13:53  6       A.  I don't know.  Five, six months before that.

13:54  7       Q.  Okay.  And where were you -- where did y'all

13:54  8   meet?

13:54  9       A.  Where were we?  I want to say at one of those

13:54  10  little taco and coffee places.

13:54  11              MR. AGUILAR:  That's narrowing it down.

13:54  12      A.  No.  Like at one of those, like, meet-and-greet

13:54  13  type deals.

13:54  14              MR. AGUILAR:  Oh --

13:54  15      A.  I don't know.  I --

13:54  16              MR. AGUILAR:  No.  I was just joking,

13:54  17  because there's not a lot of coffee and taco places in

13:54  18  the Valley.

13:54  19      A.  Yeah.  I didn't think --

13:54  20      Q.  It was a strange combination.  I like it.  I

13:54  21  like it.

13:54  22      A.  -- important as it is, so I really didn't --

13:54  23      Q.  No.  I understand.

13:54  24      A.  -- commit it to memory.

13:54  25      Q.  Now, was this at a -- an event held for Richard

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

13:54  1    Molina?

13:54  2        A.  I don't think it was an event.  I think it was

13:55  3    like a -- just a loosely kind of meeting.

13:55  4        Q.  Was this a private meeting that was held, so

13:55  5    that you could meet him at a public place?

13:55  6        A.  Socially, yeah.  I wouldn't call it like a

13:55  7    private --

13:55  8        Q.  It was at a public place?

13:55  9        A.  Yeah.

13:55 10        Q.  But it wasn't an event that was held there for

13:55 11    him?

13:55 12        A.  No.

13:55 13        Q.  Okay.  Who was present at this meeting?

13:55 14        A.  Me, Richard, his wife, and my sister.

13:55 15        Q.  Okay.  And what did y'all discuss?

13:55 16        A.  We discussed how campaigns kind of work.

13:55 17        Q.  Okay.

13:55 18        A.  And how Facebook would be, like, the window for

13:55 19    the public to see what he's doing every day.

13:55 20        Q.  Okay.

13:55 21        A.  And follow him on his campaign trail without

13:55 22    actually -- you know, people that can't show up, didn't

13:55 23    show up, don't want to show up, they can still see what

13:55 24    he's talking about or what he's doing every day.

13:55 25        Q.  And did you guys discuss what your role would

Electronically signed by John Fellows (301-250-933-7791)          3ed76d92-6839-48cc-a6ac-e7162a33ab29

16

| | | |
|---|---|---|
| 13:55 | 1 | be in capturing these events or this -- |
| 13:55 | 2 | A. Right. Yeah. Following him around, taking |
| 13:56 | 3 | pictures. |
| 13:56 | 4 | Q. Now, was there a discussion -- did Cary have a |
| 13:56 | 5 | role in this capacity at all? |
| 13:56 | 6 | A. No. But she did say, you know -- she was like, |
| 13:56 | 7 | Robin, if you have issues, like, if you don't know how |
| 13:56 | 8 | to maybe put together a post really, really well, she |
| 13:56 | 9 | was like, I'll give you the template and then you just |
| 13:56 | 10 | plug in the info, add the pictures, tell the story. |
| 13:56 | 11 | Q. Did she help you do that? |
| 13:56 | 12 | A. Yeah. Sometimes I did -- would have |
| 13:56 | 13 | trouble. So it be like, you know, How do I make this |
| 13:56 | 14 | sentence -- how do I make this whole story into just a |
| 13:56 | 15 | couple sentences, so I can post it, you know. |
| 13:56 | 16 | Q. Okay. And she would help you edit or -- |
| 13:56 | 17 | A. Yeah. My grammar wasn't that great. She would |
| 13:56 | 18 | teach me how to take better photos, how to crop so it |
| 13:56 | 19 | looks nicer -- |
| 13:56 | 20 | Q. Uh-huh. |
| 13:56 | 21 | A. -- things like that. |
| 13:56 | 22 | Q. And she's got experience in this field; is that |
| 13:56 | 23 | correct? |
| 13:57 | 24 | A. Correct. |
| 13:57 | 25 | Q. Okay. How frequently or how often would she |

Electronically signed by John Fellows (301-250-933-7791)

3ed76d92-6839-48cc-a6ac-e7162a33ab29

14:21  1    Cary -- your sister, Cary, about working for Mike?

14:21  2        A.  Yes.  She said that I should take it.  I still

14:21  3    hadn't had a job.  I was still in school.  It was, you

14:21  4    know, source of income.

14:21  5        Q.  Okay.

14:21  6        A.  It would be over relatively soon, like, a short

14:21  7    gig.

14:21  8        Q.  And as opposed to the mayoral campaign, that

14:21  9    was a much longer --

14:21 10        A.  Longer.

14:21 11        Q.  -- sustained campaign?

14:21 12        A.  Yeah.

14:21 13        Q.  Okay.  Now, what do you charge for your

14:21 14    services?

14:21 15        A.  It was about -- I want to say like 500 every

14:21 16    two weeks.

14:21 17              MR. AGUILAR:  I'm sorry?

14:21 18        A.  500 every two weeks, more or less, depending on

14:21 19    what was going on.

14:21 20        Q.  And how would they pay you?

14:21 21        A.  With checks.

14:21 22        Q.  And these checks were made out to whom?

14:21 23        A.  Z Digital.  Z Digital.  I think a few times

14:21 24    they -- they put Robin Zayas on it by accident, but

14:21 25    they were all into that account.

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

38

14:22  1      Q.  Okay.  So all these got deposited into your
14:22  2  business account?
14:22  3      A.  Uh-huh.
14:22  4      Q.  Okay.  And was it consistently 500 every two
14:22  5  weeks, or did -- did it vary at times?
14:22  6      A.  No.  It was really hectic for them, so
14:22  7  sometimes it was like, Oh, the finance report is due on
14:22  8  whatever date.  We got to pay everybody, you know, and
14:22  9  then turn in the finance report.
14:22  10     Q.  Uh-huh.
14:22  11     A.  So it wasn't like the 1st and 15th that I would
14:22  12 get paid or anything like that.  It was kind of
14:22  13 whenever they remember they had to pay me and they got
14:22  14 around to it.
14:22  15     Q.  Were there ever any issues with you getting
14:22  16 paid?
14:22  17     A.  No.
14:22  18     Q.  Okay.  Now, are you the only signatory on the
14:22  19 account for Z Digital?
14:22  20     A.  No.  It was me and Cary.
14:22  21     Q.  So Cary also was an authorized signatory of
14:22  22 that account?
14:22  23     A.  Yeah.  We opened that one co.
14:22  24     Q.  Oh, so the -- the account was open by both of
14:22  25 you?

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

| | | |
|---|---|---|
| 14:22 | 1 | A.   Right. |
| 14:22 | 2 | Q.   Okay. |
| 14:22 | 3 | A.   Well, it was mine and then she was my |
| 14:22 | 4 | co-person. |
| 14:22 | 5 | Q.   Could she withdraw money from that account? |
| 14:23 | 6 | A.   Yeah. |
| 14:23 | 7 | Q.   Okay.  Did she ever withdraw money from that |
| 14:23 | 8 | account? |
| 14:23 | 9 | A.   Yes. |
| 14:23 | 10 | Q.   Okay.  Why would she withdraw money from the |
| 14:23 | 11 | account? |
| 14:23 | 12 | A.   She took the kids back to school shopping. |
| 14:23 | 13 | She -- I'm not sure. |
| 14:23 | 14 | Q.   Do you have -- do you have receipts for all |
| 14:23 | 15 | that? |
| 14:23 | 16 | A.   Yeah. |
| 14:23 | 17 | Q.   Okay.  So she was getting money from there |
| 14:23 | 18 | spending on -- on her children? |
| 14:23 | 19 | A.   Uh-huh. |
| 14:23 | 20 | Q.   And other stuff? |
| 14:23 | 21 | A.   Yes. |
| 14:23 | 22 | Q.   Okay.  Now, did she work for Z Digital also in |
| 14:23 | 23 | these campaigns? |
| 14:23 | 24 | A.   Not -- I mean, I would ask her for help, but -- |
| 14:23 | 25 | Q.   And I guess -- |

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

69

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IRMA GARZA                    ) (
    Plaintiff                 ) (
                              ) (
VS.                           ) (   CIVIL ACTION NO.
                              ) (   7:18-cv-267
THE CITY OF EDINBURG,         ) (
TEXAS, RICHARD MOLINA,        ) (
DAVID TORRES, JORGE           ) (
SALINAS AND GILBERT           ) (
ENRIQUEZ                      ) (
    Defendants                ) (

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF
ROBIN ZAYAS
APRIL 23, 2019

        I, JOHN W. FELLOWS, Certified Court Reporter,
certify that the witness, ROBIN ZAYAS, was duly sworn
by me, and that the transcript is a true and correct
record of the testimony given by the witness on
April 23, 2019; that the deposition was reported by me
in stenograph and was subsequently transcribed under my
supervision;

        Pursuant to Federal Rule 30(5)(e)(2), a review
of the transcript was requested.

        I FURTHER CERTIFY that I am not a relative,
employee, attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
nor am I financially interested in the action.

        WITNESS MY HAND on this the 2nd day of
_____May_____, 2019.

                            _John W. Fellows_
                            JOHN W. FELLOWS, Texas CSR 3335
                            Expiration Date: 04-30-21
                            Bryant & Stingley, Inc., CRN No. 512
                            1305 East Nolana, Suite D
                            McAllen, Texas  78504
                            (956) 618-2366

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755        McAllen (956) 618-2366**