IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIBEL VELASQUEZ | § | CIVIL ACTION NO. |
| | § | |
| v. | § | B – 18 – 354 |
| | § | |
| THE CITY OF EDINBURG, RICHARD MOLINA, DAVID FLORES, JORGE SALINAS AND GILBERT ENRIQUEZ | § § § | |

### DEFENDANT CITY OF EDINBURG, TEXAS' ANSWERS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION

TO: CITY OF EDINBURG, Defendant,
By serving their attorney of record:

David L. Flores
FLORES & TORRES, LLC
118 East Cano Street
Edinburg, TX 78539

COMES NOW the **CITY OF EDINBURG, TEXAS,** Defendant herein, and pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, serves these its Answers to Plaintiffs' First Set of Interrogatories and Requests for Production.

**EXHIBIT 2**

Signed on this the 17th day of June, 2019.

        Respectfully submitted,

        J. Arnold Aguilar
        Attorney-in-Charge
        State Bar No. 00936270
        Federal Adm. No. 6822
        email:  arnold@aguilarzabartellc.com

        AGUILAR✶ZABARTE, LLC
        Of Counsel
        990 Marine Drive
        Brownsville, Texas  78520
        Telephone   :  (956) 504-1100
        Facsimile   :  (956) 504-1408

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **DEFENDANT CITY OF EDINBURG, TEXAS' ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION** will on this the 17th day of June, 2019, be forwarded via certified mail, return receipt requested to:

David L. Flores
FLORES & TORRES, LLC
118 East Cano Street
Edinburg, TX  78539

        J. Arnold Aguilar

# DEFENDANT'S ANSWERS TO PLAINTIFF'S
# FIRST SET OF INTERROGATORIES

**INTERROGATORY NO. 1:** Please state the full name, residence address, business address, business telephone number, date of birth, social security number, and driver's license number of each person answering these interrogatories and identify anyone who has assisted in preparing the same.

**ANSWER:** These answers were prepared by counsel and the phraseology of the answers is that of counsel. Since the interrogatories are directed to a governmental entity, these answers to interrogatories do not constitute, nor are they derived from, the personal knowledge of any single individual, but include record information, knowledge obtained that cannot be attributed to any single individual, recollection of employees and general knowledge of the answering employee and others. These answers were prepared with the assistance of counsel's advice and recommendations. Director of Human Resources Belinda Torres assisted in the preparation of these interrogatory responses.

**INTERROGATORY NO. 2:** Identify, by providing the name, address and telephone number, any and all individuals submitting applications, resumes and/or any other form of request for employment, for the position vacated by the Plaintiff.

**ANSWER:** None.

**INTERROGATORY NO. 3:** Identify, by providing the name, address and telephone number, any and all individuals submitting applications, resumes and/or any other form of request for employment to the City of Edinburg, Texas from November 01, 2017 to the present.

**ANSWER:** Defendant objects to this discovery request on the basis that it is a fishing expedition for information that would be burdensome and harassing in that it seeks a large amount of information or documents that are irrelevant or immaterial and are not otherwise calculated to lead to the discovery of relevant or material information or documents, and as such the burden or expense of the proposed discovery outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the litigation and the importance of the proposed discovery in resolving the issues, or alternatively the

discovery requested is unreasonably cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome or less expensive, and would therefore impose upon Defendant an unnecessary expense and would constitute harassment, in violation of Federal Rules of Civil Procedure 26 and 33. Defendant receives approximately 6000 – 8000 applications, resumes or requests for employment per year and to provide the requested information for each applicant would require an extensive number of hours and would be extremely burdensome, while the information requested would provide little to no information relevant to Plaintiff's claims.

**INTERROGATORY NO. 4:** Identify by name, address and telephone number all persons who have any direct knowledge of the reason(s) supporting the decision to terminate the Plaintiff's employment with the City of Edinburg.

**ANSWER:** Mayor Richard Molina, Mayor Pro-Tem David Torres, Councilmembers Jorge Salinas, Gilbert Enriquez and Homer Jasso, Jr., and City Secretary Ludivina Leal.

**INTERROGATORY NO. 5:** Identify by name, address, telephone number, and date of departure, all persons who resigned and/or were terminated from their employment with the City of Edinburg, Texas from November 01, 2017 to the present.

**ANSWER:** Defendant objects to this discovery request on the basis that it is a fishing expedition for information that would be burdensome and harassing in that it seeks a large amount of information or documents that are irrelevant or immaterial and are not otherwise calculated to lead to the discovery of relevant or material information or documents, and as such the burden or expense of the proposed discovery outweighs its likely benefit, taking into account the needs of the case, the amount in controversy, the parties' resources, the importance of the issues at stake in the litigation and the importance of the proposed discovery in resolving the issues, or alternatively the discovery requested is unreasonably cumulative or duplicative, or is obtainable from some other source that is more convenient, less burdensome or less expensive, and would therefore impose upon Defendant an unnecessary expense and would constitute harassment, in violation of Federal Rules of Civil Procedure 26 and 33. From November 1, 2017 to the present the City has had approximately 394 resignations or terminations and to provide the requested information for each applicant would require an extensive number of hours and would be extremely burdensome, while the information requested would provide little to no information relevant to Plaintiff's claims.