```
            UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF TEXAS
                  MCALLEN DIVISION

IRMA GARZA                  ) (
    Plaintiff               ) (
                            ) (
VS.                         ) (    CIVIL ACTION NO.
                            ) (    7:18-cv-267
THE CITY OF EDINBURG,       ) (
TEXAS, RICHARD MOLINA,      ) (
DAVID TORRES, JORGE         ) (
SALINAS AND GILBERT         ) (
ENRIQUEZ                    ) (
    Defendants              ) (
```

_____


            ORAL AND VIDEOTAPED DEPOSITION OF
                        ROBIN ZAYAS
                      APRIL 23, 2019


_____



         ORAL AND VIDEOTAPED DEPOSITION OF ROBIN ZAYAS,

produced as a witness at the instance of the PLAINTIFF,

taken in the above styled and numbered cause on

April 23, 2019, between the hours of 1:42 p.m. and 2:57

p.m., reported stenographically by JOHN W. FELLOWS,

Certified Court Reporter No. 3335, in and for the State

of Texas, at the offices of FLORES & TORRES, LLP, 118

East Cano Street, Edinburg, Texas, pursuant to the

Federal Rules of Civil Procedure and any provisions

stated on the record or attached therein.

EXHIBIT 3

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

14:36  1          MR. AGUILAR:  Objection, mischaracterizing

14:36  2   the evidence.  Go ahead.

14:36  3       A.  She couldn't apply.  The position wasn't --

14:36  4       Q.  Available yet?

14:36  5       A.  Right.

14:36  6          MR. FLORES:  No further questions.  I'll

14:36  7   pass the witness.

14:36  8                      EXAMINATION

14:36  9   BY MR. AGUILAR:

14:36 10       Q.  Just ask something before we take a break, can

14:37 11   you tell me what y'all's relationship is?

14:37 12       A.  He's my ex-brother-in-law.

14:37 13       Q.  Okay.  And that would be your ex-husband?

14:37 14       A.  No.  My sister -- my other sister, Julie.

14:37 15       Q.  Okay.

14:37 16       A.  This is her ex-husband.  So we're -- we're

14:37 17   not --

14:37 18       Q.  I'm going --

14:37 19       A.  Not really hate each other in the end.

14:37 20       Q.  I'm going to try to do the math here.  So your

14:37 21   sister?

14:37 22       A.  Julie.

14:37 23       Q.  Sister Julie?

14:37 24       A.  Used to be married.

14:37 25       Q.  Was married to?

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

14:37 1     A.  David.

14:37 2     Q.  David?

14:37 3           MR. FLORES:  This guy.

14:37 4     Q.  And they are no longer?

14:37 5     A.  Right.

14:37 6     Q.  And you guys live near each other or something?

14:37 7     A.  We're in the same neighborhood.  Well, now

14:37 8  yeah.  Because I moved into Cary's house and Cary's

14:37 9  house is like two streets from Dave's.

14:37 10    Q.  So you live with Cary, like, two streets away?

14:37 11    A.  Like it's an L shape.

14:37 12    Q.  Around the corner?

14:37 13    A.  Yeah.

14:37 14    Q.  Okay.  And what's the deal?  Your kids hang out

14:38 15  together or something?

14:38 16    A.  Oh, I don't have kids.

14:38 17    Q.  Oh.

14:38 18    A.  No.

14:38 19    Q.  Cary's --

14:38 20    A.  His son is my nephew.

14:38 21    Q.  Okay.  So Flores son.  What's son's name?

14:38 22           MR. FLORES:  Jacob.

14:38 23    Q.  Thank you.  You could've answered that.

14:38 24    A.  He's a minor.  I'm not going to throw him in

14:38 25  the --

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

14:38  1      Q.  Oh.  Jake -- Jacob is your nephew?

14:38  2      A.  Correct.

14:38  3      Q.  And you take care of him sometimes or something

14:38  4  or -- or is there any kind of --

14:38  5      A.  We are best buds, yeah.

14:38  6      Q.  Okay.  You hang?  So you watch him and stuff

14:38  7  like that?

14:38  8      A.  Well, I mean, he's a high school kid.  I don't

14:38  9  go watch him.  We hang out.

14:38 10      Q.  I was thinking -- but it's --

14:38 11      A.  No.  He's --

14:38 12      Q.  How old is he?  Like 16, 17?

14:38 13              MR. FLORES:  14.

14:38 14      A.  Fourteen.

14:38 15      Q.  Any other of his kids that you -- you hang with

14:39 16  or do you have any other kids?  I don't know.  So

14:39 17  that's -- so that's -- I'm just trying to figure out

14:39 18  what the relationship is.

14:39 19              Sometimes you still hang or see

14:39 20  Mr. Flores' son periodically, you live around the

14:39 21  corner, sometimes you might watch him if he needs

14:39 22  somebody to sit for him while David's out or something,

14:39 23  whatever might be, whatever comes up?

14:39 24      A.  Not really.  On days when he's with my sister

14:39 25  Julie --

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

14:39  1          Q.  Uh-huh.

14:39  2          A.  -- because they have joint custody, let's say

14:39  3   he -- you know, I've gone to take him his backpack.

14:39  4   I've gone to pick him up to take him to the

14:39  5   orthodontist.  If he's sick, I'll pick him up and hang

14:39  6   out with him for couple of hours, whatnot.

14:39  7          Q.  That kind of stuff?

14:39  8          A.  Yeah.

14:39  9          Q.  Okay.

14:39 10              MR. AGUILAR:  Could we go off the record a

14:39 11   moment?

14:39 12              MR. FLORES:  Sure.

14:39 13              THE VIDEOGRAPHER:  We're off the record.

14:39 14         (Recess)

14:46 15              THE VIDEOGRAPHER:  We're back on the

14:46 16   record.

14:46 17          Q.  I'd like to ask you just couple more things.

14:46 18   This Anonymous RGV, do you know who that is?

14:47 19          A.  There is a lot of -- no.  I don't know who it

14:47 20   is.

14:47 21          Q.  Have you heard rumors?

14:47 22          A.  It could be -- yeah.  I mean, that

14:47 23   whole -- anything on there is --

14:47 24          Q.  You know who -- who -- who -- who has authority

14:47 25   to post on Anonymous RGV?  In other words --

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

14:51 1    interest?

14:51 2        A.  An interest, probably.  I mean, who wouldn't --

14:52 3        Q.  Did you know about that interest?

14:52 4            MR. AGUILAR:  Objection, speculation.  Go

14:52 5    ahead.

14:52 6        A.  Yes.  It was -- it was something that

14:52 7    she -- you know, was an option.

14:52 8        Q.  Okay.

14:52 9            MR. FLORES:  Pass the witness.

14:52 10                   FURTHER EXAMINATION

14:52 11   BY MR. AGUILAR:

14:52 12       Q.  Was it an option before the election, or was it

14:52 13   an option after the election?

14:52 14       A.  After.

14:52 15       Q.  Okay.  Is that what you meant by it was an

14:52 16   option?

14:52 17       A.  For her, for -- yes.

14:52 18       Q.  Because when he was asking you questions right

14:52 19   now, he's trying to distinguish between what she was

14:52 20   looking at before the election as opposed to after the

14:52 21   election.

14:52 22       A.  Correct.  Before the election, I'm sure any

14:52 23   position with the city would've been an option, you

14:52 24   know.

14:52 25       Q.  You're saying just in the sense of any position

Electronically signed by John Fellows (301-250-933-7791)                           3ed76d92-6839-48cc-a6ac-e7162a33ab29

14:52  1    that might have been available, yes, she would've been

14:52  2    interested --

14:52  3        A.  Correct.

14:52  4        Q.  -- because she wanted to leave Channel 5?

14:52  5        A.  Correct.

14:52  6        Q.  But did she ever mention to you that she was

14:52  7    looking for this particular position?

14:52  8        A.  Right.  No.

14:52  9        Q.  Okay.  That's what I was asking.  Before the

14:52 10    election, she never mentioned that she was looking for

14:52 11    this particular position, correct?

14:53 12        A.  Correct.

14:53 13        Q.  It wasn't until after that the position became

14:53 14    available that she mentioned to you that now she was

14:53 15    looking at that position; is that correct?

14:53 16        A.  Right.  And, if anything, these kind of posts

14:53 17    fueled her fire.  Be like, Oh, well then maybe I will.

14:53 18        Q.  Okay.

14:53 19            MR. FLORES:  Okay.  I'll wait --

14:53 20            MR. AGUILAR:  I'll pass the witness.

14:53 21            MR. FLORES:  Thank you.  I thought you

14:53 22    were.

14:53 23                  FURTHER EXAMINATION

14:53 24    BY MR. FLORES:

14:53 25        Q.  Because I -- I -- I think you answer one way

Electronically signed by John Fellows (301-250-933-7791)                    3ed76d92-6839-48cc-a6ac-e7162a33ab29

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IRMA GARZA                    ) (
   Plaintiff               ) (
                             ) (
VS.                           ) (   CIVIL ACTION NO.
                             ) (   7:18-cv-267
THE CITY OF EDINBURG,         ) (
TEXAS, RICHARD MOLINA,        ) (
DAVID TORRES, JORGE           ) (
SALINAS AND GILBERT           ) (
ENRIQUEZ                      ) (
   Defendants              ) (

REPORTER'S CERTIFICATION
ORAL AND VIDEOTAPED DEPOSITION OF
ROBIN ZAYAS
APRIL 23, 2019

     I, JOHN W. FELLOWS, Certified Court Reporter,
certify that the witness, ROBIN ZAYAS, was duly sworn
by me, and that the transcript is a true and correct
record of the testimony given by the witness on
April 23, 2019; that the deposition was reported by me
in stenograph and was subsequently transcribed under my
supervision;
     Pursuant to Federal Rule 30(5)(e)(2), a review
of the transcript was requested.
     I FURTHER CERTIFY that I am not a relative,
employee, attorney or counsel of any of the parties,
nor a relative or employee of such attorney or counsel,
nor am I financially interested in the action.
     WITNESS MY HAND on this the _____ of
_____, 2019.

_____
JOHN W. FELLOWS, Texas CSR 3335
Expiration Date: 04-30-21
Bryant & Stingley, Inc., CRN No. 512
1305 East Nolana, Suite D
McAllen, Texas  78504
(956) 618-2366

**BRYANT & STINGLEY, INC.**
**Harlingen (956) 428-0755          McAllen (956) 618-2366**

Electronically signed by John Fellows (301-250-933-7791)                                        3ed76d92-6839-48cc-a6ac-e7162a33ab29